IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RESE DENISE KING, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-11-901 |
| § | |
| MICHAEL J. ASTRUE, § | |
| COMMISSIONER OF THE § | |
| SOCIAL SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

### FINAL JUDGMENT

In conformity with the Order Adopting Magistrate Judge's Memorandum and Recommendation signed on August 13, 2012, it is hereby **ADJUDGED** that the decision of Defendant, Michael J. Astrue, Commissioner of the Social Security Administration, is **AFFIRMED**.

All relief not granted herein is **DENIED**. Defendant is awarded his costs.

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide a copy of this judgment to all counsel.

**SIGNED** this 13th day of August, 2012, in Houston, Texas.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE